UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

On Mag. No. 06-4003

UNITED STATES OF AMERICA v. CAMERON GASKINS, Defendant (Inmate # 578011, SBI #586690C)

PETITION FOR WRIT OF HABEAS CORPUS: Your petitioner shows that

1. CAMERON GASKINS (Inmate # 578011, SBI # 586690C) is now confined at Garden State Youth Correctional Facility in Yardville, NJ.

2. Said individual will be required at U.S. District Court, Newark, New Jersey before the Honorable Katharine S. Hayden, on Thursday, September 25, 2008 at 12:30 p.m. for a Plea Hearing in the above-captioned case, in which he is a defendant and a Writ of Habeas Corpus should be issued for that purpose.

DATED: August 1, 2008

JONATHAN W. ROMANKOW
Assistant United States Attorney
(973) 645-2884

ORDER FOR WRIT: Let the Writ Issue.

DATED: 8/1/08

HONORABLE KATHARINE S. HAYDEN
United States District Judge

---

WRIT OF HABEAS CORPUS: The United States of America to
WARDEN OF Garden State Youth Correctional Facility

WE COMMAND YOU that you have the body of CAMERON GASKINS (Inmate # 578011, SBI #586690C) by whatever name called or charged) now confined in Garden State Youth Correctional Facility, Box 11401, Yardville, NJ before the United States District Court before the Honorable Katharine S. Hayden, at the U.S. District Court, Newark, New Jersey on Thursday, September 25, 2008 at 12:00 p.m.

WITNESS the Honorable Katharine S. Hayden
United States District Judge at Newark, New Jersey

DATED: 8/1/08

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk