UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

On <u>Mag. No. 06-4003</u>

UNITED STATES OF AMERICA v. CAMERON GASKINS, Defendant (Inmate # 578011, SBI #586690C)

PETITION FOR WRIT OF HABEAS CORPUS:  Your petitioner shows that

1.  <u>CAMERON GASKINS (Inmate # 578011, SBI # 586690C)</u> is now confined at <u>Wagner Youth Correctional</u> <u>Facility in Bordentown, NJ</u>.

2.  Said individual will be required at <u>U.S. District Court, Newark, New Jersey</u> before the Honorable <u>Katharine S.</u> <u>Hayden</u>, on <u>Monday, November 17, 2008</u> at <u>10:00 a.m.</u> for a <u>Plea Hearing</u> in the above-captioned case, in which he is a defendant and a Writ of Habeas Corpus should be issued for that purpose.

DATED: November 12, 2008

_____
JONATHAN W. ROMANKOW
Assistant United States Attorney
(973) 645-2884

---

ORDER FOR WRIT:  Let the Writ Issue.

DATED:  11/12/08

_____
HONORABLE KATHARINE S. HAYDEN
United States District Judge

---

WRIT OF HABEAS CORPUS:  The United States of America to
WARDEN OF Garden State Youth Correctional Facility

WE COMMAND YOU that you have the body of <u>CAMERON GASKINS  (Inmate # 578011, SBI #586690C)</u> by whatever name called or charged) now confined in <u>Wagner Youth Correctional Facility, Box 500, Bordentown, NJ</u> before the United States District Court before the <u>Honorable Katharine S. Hayden</u>, at the <u>U.S. District Court,</u> <u>Newark, New Jersey</u> on <u>Monday, November 17, 2008</u> at <u>10:00 a.m.</u>

WITNESS the Honorable <u>Katharine S. Hayden</u>
United States District Judge at Newark, New Jersey

DATED:  11/12/08

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per:

Deputy Clerk